CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES ELLERSON CARROLL, JR., | CASE NO. 7:15CV00109 |
| Plaintiff, | |
| v. | FINAL ORDER |
| MS. J. B. MESSER, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 7th day of April, 2015.

/s/ Glen E. Conrad
Chief United States District Judge